Sealed
Public and unofficial staff access to this instrument are prohibited by court order

United States Courts
Southern District of Texas
FILED
December 08, 2021
Nathan Ochsner, Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § CRIMINAL NO. **4:21-cr-575** |
| V. | § |
| | § |
| HERIBERTO LATIGO, | § |
| MARIA D. LUCIO DE LATIGO, and | § |
| QIJUN SONG, | § |
| Defendants. | § |

## CRIMINAL INDICTMENT

THE GRAND JURY CHARGES THAT:

### COUNT ONE
(Stalking)

On or about April 1, 2018 through July 29, 2021, in the Southern District of Texas and elsewhere,

**HERIBERTO LATIGO,
MARIA D. LUCIO DE LATIGO, and
QIJUN SONG,**

the defendants, with the intent to injure, harass, intimidate, and place under surveillance with intent to injure, harass, and intimidate another person, did use the mail, an interactive computer service and electronic communication service and electronic communication system of interstate commerce, and any other facility of interstate and foreign commerce to engage in a course of conduct that caused, attempted to cause, and would be reasonably expected to cause substantial emotional distress to an intimate partner of that person, to wit: LATIGO, LUCIO DE LATIGO and SONG used interstate facilities, namely the mail and the Internet, to disseminate harassing and threatening messages/images regarding Victim-1, causing substantial emotional distress to Victim-1.

All in violation of Title 18, United States Code, Sections 2261A(2)(B) and 2.

A TRUE BILL:

_____
GRAND JURY FOREPERSON

JENNIFER B. LOWERY
Acting United States Attorney

By: _____
Sherri L. Zack
Assistant United States Attorney
713-567-9374