United States District Court
Southern District of Texas
**ENTERED**
August 16, 2022
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | CRIMINAL ACTION NO. 4:21-CR-00575 |
| vs. | § § § | JUDGE CHARLES ESKRIDGE |
| HERIBERTO LATIGO (1), MARIA D. LUCIO DE LATIGO (2), and QIJUN SONG (3), Defendants. | § § § § § § | |

### ORDER ON CONTINUANCE

Now pending is a joint unopposed motion for continuance by Defendants Heriberto Latigo, Maria D. Lucio De Latigo, and Qijun Song for continuance. Dkt 63.

Counsel for Defendant Heriberto Latigo represents that more time is needed for discovery and to prepare for trial. Counsel also represents that a failure to grant a continuance will result in a miscarriage of justice. Counsel for Defendant Maria D. Lucio De Latigo, and Qijun Song join in the motion.

All Defendants waived Speedy Trial Act requirements on 12/15/2021. Dkts 22 & 25.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court FINDS that:

o   The ends of justice are best served by granting a continuance; and

o   A continuance outweighs the best interest of the public and Defendant in a speedy trial;

Pursuant to 18 U.S.C. § 3161(h)(7)(B), the Court also FINDS that failure to grant a continuance would:

- o   Likely result in a miscarriage of justice; and
- o   Deny counsel for Defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

As such, the motion for continuance is GRANTED.

The following schedule will control disposition of this case:

1.   **10/14/2022**    **MOTIONS DEADLINE**
Except for motions to suppress evidence or to dismiss, include certification that the movant and the respondent have conferred in good faith and could not agree on proper disposition of the motion.

2.   **11/14/2022**    **PRETRIAL MATERIALS**
File and deliver pretrial materials to the Court as directed in the Court's procedures.

3.   **11/18/2022 at 9:30 a.m.**    **PRETRIAL CONFERENCE**
Appear in Courtroom 8B before Judge Charles Eskridge. *Defendant must be present in person.*

4.   **11/22/2022 at 9:30 a.m.**    **JURY SELECTION AND TRIAL**

SO ORDERED.

Signed on August 16, 2022, at Houston, Texas.

Hon. Charles Eskridge
United States District Judge